IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:21cr183-MHT
                            )             (WO)
STEVEN LOVE                 )
```

SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE

In accordance with the judgment of conviction entered today, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall arrange for defendant Steven Love to receive mental-health treatment in accordance with the recommendations of Dr. Adriana Flores. *See* Psychological Evaluation (Doc. 52-1) at 19-20. Specifically, the Probation Office shall arrange for defendant Love to receive (1) Assertive Community Treatment to address his bipolar disorder and substance-abuse disorders, or, if such treatment is unavailable, residential substance-abuse treatment and a psychiatric consultation to discuss the most effective available treatment of his mood disorder; (2)


individual psychotherapy that should focus on identifying triggers to mood changes and substance-abuse relapse, and should include developing coping skills to manage stress in a healthy manner; and, once defendant Love has demonstrated psychiatric stabilization and a period of sobriety of at least one year, (3) trauma-focused therapy to process his trauma history.

DONE, this the 8th day of April, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**