**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr183-MHT** |
| | ) | **(WO)** |
| **STEVEN LOVE** | ) | |

**ORDER**

This case is before the court on the probation department's petition for early termination of supervised release for defendant Steven Love. The probation officer reports that Love has completed 22 months of his 36-month term of supervised release with no violations, has received praise for his excellent participation in treatment, has been steadily employed, and has successfully reintegrated into society. Based on these representations and the representation that the government does not oppose the motion, and after consideration of the applicable factors under 18 U.S.C. § 3553(a), the court finds that early termination is warranted by Love's conduct and is in the interest of justice.

Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), it is ORDERED that the petition for early termination of supervised release (Doc. 62) is granted, and defendant Steven Love is discharged.

DONE, this the 16th day of May, 2025.

                                             /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE